IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| JARROD HAMMONDS, | § | |
| --- | --- | --- |
| Plaintiff, | § § § | |
| V. | § § | No. 3:17-cv-1661-N-BN |
| DALLAS COUNTY, | § § § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. An objection was filed by Plaintiff. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Plaintiff Jarrod Hammonds's motion for default judgment [Dkt. No. 25] is therefore DENIED.

SO ORDERED this 2nd day of February, 2018.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE