IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JARROD HAMMONDS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:17-cv-1661-N-BN |
| | § | |
| DALLAS COUNTY, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. An objection was filed by Plaintiff Jarrod Hammonds. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Defendant Dallas County's motion to dismiss is therefore GRANTED, and Plaintiff must file an amended complaint containing factual allegations sufficient to allege a plausible claim for relief no later than **21 days** from the date of this order and properly serve that amended complaint on Dallas County under Federal Rule of Civil Procedure 4.

His failure to take these actions subjects this case to dismissal with prejudice without further notice.

SO ORDERED this 1st day of June, 2018.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE